IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEMBLESVILLE HHMO CENTER, LLC, *et al.*, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 08-2405 |
| | : | |
| v. | : | |
| | : | |
| LANDHOPE REALTY COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 27th day of July, 2011, it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Certify Class (Docket No. 32) is DENIED.

2. The parties shall file a joint proposed scheduling order no later than August 18, 2011.

3. The Court shall hold a status teleconference on August 23, 2011, at 2:30 p.m. Plaintiff's counsel shall initiate the call.


BY THE COURT:

/s/ C. Darnell Jones, II
_____
**C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE**